No. 12,305.

Louis T. Michener et als., Trustees Land Trust of Indianapolis, Indiana, vs. Jacob A. Reinach.

APPEAL from the Civil District Court for the Parish of Orleans. *King, J.*

---

*E. Howard McCaleb* for Plaintiffs, Appellees.

---

*Benjamin Ory* for Defendant, Appellant.

---

Argued and submitted February 7, 1896.
Opinion handed down February 17, 1897.

---

The opinion of the court was delivered by

McEnery, J. For the reasons assigned, *ante*, p. 360, between same plaintiffs and defendant, the judgment appealed from is affirmed.